IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CV-48-D

| | |
|---|---|
| JACK ANTHONY WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIG SAUER, INC. and ) <br> WINTRODE ENTERPRISES, INC., ) <br> ) <br> Defendants. ) | NOTICE OF APPEARANCE <br> OF ASHLEY K. BRATHWAITE |

PLEASE TAKE NOTICE that Ashley K. Brathwaite of the law firm Ellis & Winters LLP hereby gives notice of her appearance as counsel for Defendant Sig Sauer, Inc. in the above-captioned matter and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below.

This the 13th day of June, 2022.

/s/ Ashley K. Brathwaite
Ashley K. Brathwaite
N.C. Bar 33830
Ellis & Winters LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
Tel: (919) 573-1297
Fax: (919) 865-7010
ashley.brathwaite@elliswinters.com

Local Civil Rule 83.1(d) Counsel

***Attorneys for Sig Sauer, Inc.***