IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CV-48-D

| | |
|---|---|
| JACK ANTHONY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT SIG SAUER, INC.'S** |
| v. ) | **MOTION TO EXTEND TIME TO** |
| ) | **ANSWER OR OTHERWISE RESPOND** |
| SIG SAUER, INC. and ) | **TO COMPLAINT** |
| WINTRODE ENTERPRISES, INC., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, and without objection of the other parties as noted below, Defendant Sig Sauer, Inc. respectfully moves the Court for an extension of time to answer or otherwise respond to the Complaint, up to and including Tuesday, July 5, 2022. In support of this motion, Sig Sauer, Inc. respectfully shows unto the Court the following:

1. Plaintiff filed this action on May 18, 2022 [DE 1].

2. Sig Sauer, Inc. was served with the Complaint on or about May 23, 2022 [DE 6].

3. Accordingly, Sig Sauer, Inc.'s answer or other responsive pleading is due June 13, 2022.

4. Sig Sauer, Inc. needs additional time to prepare its response to Plaintiff's Complaint.

3. Plaintiff will not be prejudiced by the 21-day extension of time sought.

5. The parties have conferred and neither the Plaintiff nor Defendant Wintrode Enterprises, Inc. objects to the relief requested in this motion.

6. This motion is made in good faith and not for purposes of delay.

7. A proposed order is attached to this motion.

WHEREFORE, for the reasons stated above, Sig Sauer, Inc. respectfully requests that the Court grant this motion and extend the time within which it may file an answer or otherwise respond to the Complaint up to and including Tuesday, July 5, 2022.

This the 13th day of June, 2022.

/s/ Ashley K. Brathwaite
Ashley K. Brathwaite
N.C. Bar 33830
Ellis & Winters LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
Tel: (919) 573-1297
Fax: (919) 865-7010
ashley.brathwaite@elliswinters.com

Local Civil Rule 83.1(d) Counsel

*Attorneys for Defendant Sig Sauer, Inc.*