# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JACK ANTHONY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> SIG SAUER, INC., et al. <br><br> Defendants. | CIVIL ACTION NO. 4:22-cv-48 |

## DECLARATION OF STEVEN SHAWVER

Pursuant to 28 U.S.C. § 1746, I, Steven Shawver, declare as follows:

1. I am over the age of 18, of sound mind and fully capable of making this declaration.

2. I am, and at all times material to this declaration have been, the Executive Vice President and Chief Legal Officer for Sig Sauer, Inc. Based upon my duties in these positions, my review of the corporate and business records of Sig Sauer, Inc. and my direct personal knowledge of Sig Sauer, Inc.'s business, I am personally acquainted with the facts set forth in this declaration.

3. The factual statements made in this declaration are true and correct and are based on my personal knowledge as described in paragraph 2 above.

4. Sig Sauer, Inc. is a Delaware corporation with its principal place of business in the State of New Hampshire.

5. All Sig Sauer P320 model pistols are designed and manufactured in New Hampshire. Sig Sauer sells firearms, including P320 model pistols, to federally

1

licensed distributors and dealers located throughout the United States. After it sells its firearms to a distributor or dealer, Sig Sauer plays no role in the determination of where the firearms are then sold to end users.

6. The P320 pistol that is at issue in this lawsuit – serial number 58A126941 – was sold to distributor AcuSport Corporation, located in Bellefontaine, Ohio on April 12, 2017.

7. Sig Sauer does not have any contacts with the State of North Carolina related to the subject pistol or this lawsuit. Specifically:

    a. Sig Sauer does not have an office in North Carolina.

    b. Sig Sauer has no mailing address in North Carolina.

    c. Sig Sauer does not have employees in North Carolina.

    d. Sig Sauer does not have a bank account in North Carolina.

    e. Sig Sauer does not direct its business operations from North Carolina.

    f. Sig Sauer does not own property in North Carolina.

8. Sig Sauer did not specifically design P320 model pistols for use in North Carolina.

9. Sig Sauer does not direct its marketing or advertising for the advertise P320 model pistols directly to North Carolina or North Carolina residents.

2

Case 4:22-cv-00048-D   Document 15-1   Filed 07/05/22   Page 3 of 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of May 2022.

STEVEN SHAWVER