IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-48-D

| | |
|---|---|
| JACK ANTHONY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIG SAUER, INC., and )<br>WINTRODE ENTERPRISES, INC., )<br>)<br>Defendants. ) | **ORDER** |

The court DENIES WITHOUT PREJUDICE defendant Sig Sauer, Inc.'s ("defendant") motion to dismiss for lack of jurisdiction [D.E. 21]. Defendant may renew the motion after the close of jurisdictional discovery. Defendant's renewal can be by notice to the court. If defendant renews the motion, the briefing schedule in docket entry 56 applies for plaintiff's response and defendant's reply.

SO ORDERED. This 22 day of March, 2023.

JAMES C. DEVER III
United States District Judge