IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:22-cv-00048-D

| | |
|---|---|
| JACK ANTHONY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SIG SAUER, INC. and WINTRODE ENTERPRISES, INC.,<br><br>    Defendants. | **PLAINTIFF'S EVIDENTIARY APPENDIX FOR HIS RESPONSE TO DEFENDANT SIG SAUER'S MOTION TO DISMISS** |

NOW COMES Plaintiff, Jack Anthony Williams, by and through the undersigned counsel, and hereby submits this Appendix to his Response to Defendant SIG Sauer's Motion to Dismiss for Lack of Personal Jurisdiction, filed contemporaneously herewith:

**APPENDIX[1]**

A.      Memorandum Opinion and Order in re: <u>Williams v. Sig Sauer</u>, Civil No. 20-78-DLB-CJS (ED KY Mar., 2022).

B.      SIG's Press Release re: The City of High Point's use of the P320 pistol as its new service weapon (with accompanying communications from SIG and Lawmen's)

C.      SIG's 30(b)(6) Deposition of Jack Barnes, Vice President of Commercial Sales for SIG Sauer, Inc. (taken March 28, 2023)*

C-1.      P320 Marketing Materials SIG sent into North Carolina (SIG-WILLIAMS_000265 to 000720)

C-2.      Defendant SIG Sauer's Third Supplemental Discovery Responses*

C-3.      SIG's $13 million contract with the State of North Carolina

C-4.      SIG's Commercial Sales Representation Agreement with Blackstone*

C-5.      SIG's Contract Amendment No. 3 to Contract with State of North Carolina*

---

[1] All documents have been manually filed under seal with the Court via a USB drive. Documents than can be filed publicly and via CM/ECF have been filed accordingly.

| | |
|---|---|
| C-6. | SIG's Commercial Distributor Agreement with Davidson's Inc.* |
| C-7. | SIG's Sample Buy Group Agreement* |
| C-8. | SIG's Authorized ELITE Dealer Agreements for North Carolina Dealers* (SIG-WILLIAMS_000722 to 001066) |
| C-9 to C-15. | SIG's North Carolina Warranty Registration List* (included as a scanned hard-copy as well as in native form as produced as SIG-WILLIAMS_000264). |
| C-16. | SIG's 2018 Law Enforcement Distributor Agreement (with accompanying annexations and email)* |
| D. | Emails from SIG to North Carolina Entities* |
| E. | Second Declaration of Steven Shawver |
| F. | Sample of North Carolina Purchase Order and Invoice for SIG (SIG-WILLIAMS_001874-75)* |

*SIG has denoted these exhibits as "Confidential Attorney's Eyes Only" pursuant to the terms of the Protective Order and, upon conference, SIG's Counsel has instructed that these exhibits be filed under seal pursuant to the terms of that Order, [D.E. 41]. Accordingly, Plaintiff's counsel has filed these exhibits under seal; however, Plaintiff takes no position as to whether said exhibits are or are not sealed.

This the 27th day of April, 2023.

SUMRELL SUGG, P.A.
*Attorneys for Williams*

By: /s/James H. Ferguson, III
State Bar No. 57889
Post Office Drawer 889
New Bern, NC 28563
Telephone: (252) 633-3131
Fax: (252) 633-3507
E-mail: jhferguson@nclawyers.com

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **PLAINTIFF'S EVIDENTIARY APPENDIX FOR HIS RESPONSE TO DEFENDANT SIG SAUER'S MOTION TO DISMISS**, as well as all exhibits referenced therein, was served upon all parties to this action via CM/ECF, or, in the instance of the manual filing by USB, was served upon all parties to this action by deposition the same in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, New Bern, North Carolina, and addressed to following counsel:

Ashley Kamphaus Brathwaite, Esq.
Barrett Thomas Johnson, Esq.
Ellis & Winters LLP
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
Email: ashley.brathwaite@elliswinters.com
Email: barrett.johnson@elliswinters.com
*Attorney for Defendant Sig Sauer, Inc.*

Ericka A Esposito, Esq.
Kristen E. Dennison, Esq.
Littleton Park Joyce Ughetta & Kelly LLP
201 King of Prussia Road, Ste. 220
Radnor, PA 19087
Email: kristen.dennison@littletonpark.com
Email: ericka.esposito@littletonpark.com
*Attorney for Defendant Sig Sauer, Inc.*

Jeffery I. Stoddard, Esq.
William Walter Rapp, Esq.
McAngus, Goudelock, & Courie
PO Box 12327
Wilmington, NC 28405
Email: jeff.stoddard@mgclaw.com
Email: walt.rapp@mgclaw.com
*Attorneys for Defendant Wintrode Enterprises, Inc.*

This the 27th day of April, 2023.

                              SUMRELL SUGG, P.A.
                              *Attorneys for Williams*

                              By:    <u>/s/James H. Ferguson, III</u>
                                        State Bar No. 57889
                                        Post Office Drawer 889
                                        New Bern, NC  28563
                                        Telephone:  (252) 633-3131
                                        Fax:  (252) 633-3507
                                        E-mail:  jhferguson@nclawyers.com