

**PR Contact:**
Allen Forkner
Swanson Russell
402.437.6428
allenf@swansonrussell.com

FOR IMMEDIATE RELEASE

## High Point (NC) Police Department selects SIG SAUER® P320®

**NEWINGTON, N.H. (July 22, 2015)** — The SIG SAUER, Inc., P320® has been chosen as the next duty pistol for the more than 200 officers of the High Point (North Carolina) Police Department.

One of the most progressive agencies in the region, the HPPD places an emphasis on training and providing its officers with the best firearms available. The P320 modular handgun was a perfect fit for the department and its officers.

"The SIG SAUER® P320 is a pistol designed with law enforcement in mind," said HPPD Chief Marty Sumner. "The features and modular design allow this pistol to be fitted to each shooter for comfort of grip and change of assignment. Since the serial numbered frame can be dropped into several configurations, it makes this one pistol for all assignments."

As a firearms instructor with more than 20 years of experience, Chief Sumner called the decision to select the P320 an easy one to make. From the enhanced ergonomics to the crisp trigger to the customizable fits, the P320 rose above the competition in the department's testing.

"We know that the SIG P320 can fit any need it's asked to fill, for law enforcement as well as civilian use," said Tom Jankiewicz, Vice President of Law Enforcement Sales for SIG SAUER, Inc. "The validation we receive from departments such as the High Point Police reinforces the superior design of this pistol."

During testing, the HPPD had officers test the P320 hands-on in live-fire range scenarios. After all officers tested the P320, 85% ranked the P320 as their preferred pistol. Sumner noted that during qualification testing, officers consistently scored above their averages with the P320, many only picking up the pistol for the first time at the time of the test.

The P320's improved striker design, noticeable smoother and cleaner trigger, and the ability to tune the gun's ergonomics to the officer were all cited as reason behind these scores, Sumner said.

—more—

Follow SIG SAUER on social media, including Facebook at www.facebook.com/sigsauerinc, Instagram at www.instagram.com/sigsauerinc, and YouTube at https://www.youtube.com/user/sigsauerinc.

**About SIG SAUER, Inc.**

SIG SAUER, Inc. is a New Hampshire-based weapons systems provider leading the industry in American innovation, ingenuity, and manufacturing. SIG SAUER® brings a dedication to superior quality, ultimate reliability, and unmatched performance that has made it the brand of choice among responsible citizens, and many of the world's most elite military, government, and law enforcement units. As a complete systems provider, SIG SAUER offers a full array of products to meet any mission parameter, from handguns and rifles to silencers, optics, ammunition, accessories, and airguns. The largest member of a worldwide business group of firearms manufacturers that includes SIG SAUER GmbH & Co. KG in Germany and Swiss Arms AG in Switzerland, SIG SAUER is an ISO 9001: 2008 certified company with more than 1,000 employees. For more information on SIG SAUER, any of its products, or the SIG SAUER Academy[SM], log on to www.sigsauer.com.

### # # #

# CITY OF HIGH POINT
## AGENDA ITEM



**Title: Authorize Trade of Police Issued Glock Pistols for SIG Sauer P320 Pistols**

**From:** Marty A. Sumner, Chief of Police | **Meeting Date:** November 3, 2014

**Public Hearing:** No | **Advertising Date / Advertised By:** N/A

**Attachments:** Proposal for Upgrade from Lawmen's, Sole Source Letter from SIG Sauer Authorizing Lawmen's to Make the Offer

---

**PURPOSE**: The High Point Police Department requests City Council approval of a proposal to upgrade 278 used Glock 22 .40 caliber pistols (currently issued to officers) for 278 new SIG Sauer P320 .40 caliber pistols. This offer also includes new holsters and 17 seats in a Sig Sauer Armor's school.

**BACKGROUND**: The High Point Police Department currently issues the Glock 22 pistol as its primary sidearm. We began issuing the Glock 22 in 2003, with the majority being issued in 2004. The industry standard service life for a law enforcement sidearm is nine years. Of the 288 Glock 22 pistols we own, 197 are at least nine years old. I directed the training staff to test and evaluate other polymer-framed striker-fired pistols and make a recommendation on which pistol we should purchase to replace our aging inventory.

Criteria for pistols to be tested was; be competitively priced and have the same operation of the Glock so it would require minimal transition training. We selected three pistols that fit these criteria: the FNH model FN-S, the SIG Sauer P320 and the Smith & Wesson M&P. Of those three pistols, the SIG Sauer P320 design stood out by offering unique design features: a safer break-down procedure, a modular design, two frame sizes and three different grip sizes.

Based on our testing and evaluation I selected the SIG Sauer P320 as the next issued pistol for HPPD.

**BUDGET IMPACT**: SIG Sauer through their North Carolina Authorized dealer Lawmen's is offering to upgrade all our used Glock pistols and holsters at no cost to the City. Therefore, there is NO budget impact. This is a one-time promotional offer. Each new SIG Sauer P320 is valued at $475, plus the duty holster for $85, for a total value of the pistols we will receive of $155,680. The trade in value of the Glock 22 pistols is $275 each, for a total of $76,450. To offer this upgrade SIG Sauer is absorbing the additional cost of $79,230.

**RECOMMENDATION / ACTIONS REQUESTED:** I respectfully request City Council approval authorizing the upgrade to the SIG Sauer P320 as outlined in the attached offer from Lawmen's dated October 23, 2014.



**Suppliers of Law Enforcement Equipment**

October 23, 2014

Chief Sumner
High Point Police Department
1009 Leonard Ave
High Point, NC 27260

Dear Chief Sumner,

Lawmen's Safety Supply,Inc., in conjunction with Sig Sauer, would like to make the following offer for the upgrade of High Point Police Department's handguns and holsters.

Lawmen's will facilitate the transfer of:
- 278- Sig Sauer P320 Pistols with 3 magazines and nightsights
- 278- Safariland 6360 Duty Holsters

City of High Point Police Department will provide Lawmen's Safety Supply:
- 278- Used Glock 22 Pistols with 3 magazines all in working condition
- 278- Used Safariland Duty Holsters

Sig Sauer will supply:
- 6 pistols (3 Carry, 3 Full Size) prior to November 12, 2014 for sizing and familiarization. Pistols to be returned to Sig Sauer at completion of sizing and familiarization.
- Armorer's Training for 17 instructors at no charge.

For the above transaction, the City of High Point Police Department will incur no charges; this will be an even exchange.

Sig Sauer has requested that upon receipt of pistols and holsters that the transition process be concluded within 90 days. Lawmen's can receive partial deliveries of used pistols and holsters during the transition process.

Please be advised that Sig Sauer of Exeter, NH is the sole designer and manufacturer of the Sig Sauer P320 Pistol and has made this specific trade-in offer to the City of High Point Police Department. A condition of this offer is that the entire transaction (delivery of new items and trade-in of used items) be brokered exclusively by Lawmen's Safety Supply, Inc.

If you have any questions or need further clarification please contact me.

Sincerely,

Al Sutton
President

Attachment: Sole Source Letter

3319 Anvil Drive, Raleigh, North Carolina 27603 • (919) 779-6141
Fax (919) 662-1573 • sales@lawmens.com • www.lawmens.com

Case 4:22-cv-00048-D Document 63-1 Filed 04/22/23 Page 5 of 5



October 22, 2014

Sig Sauer, Inc.
Law Enforcement Sales
18 Industrial Drive
Exeter, NH 03833

To whom it may concern:

This letter is to certify that Sig Sauer is the sole designer and manufacturer of the Sig Sauer pistols and rifles for distribution.

This statement is to certify that Lawmen's Safety Supply Company is our sole Law Enforcement Distributor of Sig Sauer weapons for both, North and South Carolina, with locations as follows:

| 3319 Anvil Place | 800 Clanton Road | 3315 Broad River Rd. |
|---|---|---|
| Raleigh, NC 27603 | Suite T | Suite #120 |
| | Charlotte, NC 28217 | Columbia, SC 29210 |

and that a Law Enforcement Agency geographically located in the states of North and South Carolina may only purchase Sig Sauer weapons from Lawmen's Safety Supply Company.

Sincerely,

Tom Jankiewicz
Director of Operations
Law Enforcement, Government and Military Sales

SIG SAUER, Inc.
18 Industrial Drive
Exeter, NH 03833

Phone: 603-772-2302
Direct: 603-686-5689
Cell: 302-750-5688
Email: tom.jankiewicz@sigsauer.com

SIG SAUER, Inc. | 18 Industrial Drive, Exeter, NH 03833 | P (603) 772-2302 | F (603) 772-9082 | www.sigsauer.com

An ISO 9001: 2008 Certified Company