UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JACK ANTHONY WILLIAMS, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 4:22-cv-48 |
| v. | ) |
| SIG SAUER, INC., et al. | ) |
| Defendants. | ) |

## SECOND DECLARATION OF STEVEN SHAWVER

Pursuant to 28 U.S.C. § 1746, I, Steven Shawver, declare as follows:

1. I am over the age of 18, of sound mind and fully capable of making this declaration.

2. I am, and at all times material to this declaration have been, the Executive Vice President and Chief Legal Officer for Sig Sauer, Inc. Based upon my duties in these positions, my review of the corporate and business records of Sig Sauer, Inc. and my direct personal knowledge of Sig Sauer, Inc.'s business, I am personally acquainted with the facts set forth in this declaration.

3. The factual statements made in this declaration are true and correct and are based on my personal knowledge as described in paragraph 2 above.

4. For the purposes of jurisdictional discovery, Sig Sauer, Inc. stipulates that its employees visit North Carolina related to marketing, sales, advertising, and training.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on this 28th day of March 2023.

_____
STEVEN SHAWVER


EXECUTED this 28th day of March, 2023.

_____
Steven Shawver

THE STATE OF New Hampshire )
                           ) ss.
COUNTY OF Rockingham       )

On this 28th day of March, 2023, before me, a notary public, personally appeared Steven Shawver, to me known to be the person described herein, and who executed the foregoing instrument and to me acknowledged that he voluntarily executed the same.

SIGNED AND ATTESTED to before me on this 28th day of March, 2023.

Charlotte Casey
_____

Printed Name:
Charlotte Casey

NOTARY PUBLIC in and for the State of
New Hampshire, residing at:
8 Beach Hill Road, New Castle NH

My Commission Expires:
8-14-2024

[Notary Seal: CHARLOTTE CASEY, NOTARY PUBLIC, STATE OF NEW HAMPSHIRE, MY COMMISSION EXPIRES 8/14/2024]