# <u>NOTICE OF MANUAL FILING</u>

Exhibits C-1 to C-2*, C-8* to C-16*, and D* were filed manually pursuant to Plaintiff's Motion for Leave to File Manually.

*Pursuant to the terms of the Court's Protective Order, [D.E. 41], the starred exhibits are to be filed under seal.

# NOTICE OF FILING UNDER SEAL

Exhibits C, C-3 to C-7, E and F have been filed via CM/ECF under seal pursuant to the Court's Protective Order, [D.E. 41].