IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:22-cv-00048-D

| | |
|---|---|
| JACK ANTHONY WILLIAMS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>SIG SAUER, INC., and WINTRODE )<br>ENTERPRISES, INC. )<br>Defendants, ) | **NOTICE OF TAKING VIDEOTAPPED<br>DEPOSITION DUCES TECUM** |

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure, counsel for Defendant, Sig Sauer, Inc., will take the videotaped deposition of **Tony C. Dill, Col** on **Wednesday, July 10, 2024, at 10:00 a.m. EST**, and continuing day to day until completion, before an officer authorized by law to administer an oath. The deposition will take place at **Ellis & Winters LLP, 4131 Parklake Avenue, Suite 400, Raleigh, NC 27612**. The deposition will be recorded by stenographic means. The scope and purpose of this deposition is to substantially aid in the preparation of the trial of this action.

This deposition is being taken for the purpose of discovery, for use as evidence and for such other uses and purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law. The deponent is ordered to produce the following: **See Attached Schedule "A". It is requested that the records be produces at least 3 business days before the deposition.**

Respectfully submitted,

/s/ Kristen E. Dennison
Kristen E. Dennison, Esq. (*pro hac vice*)
Ericka A. Esposito, Esq. (*pro hac vice*)
**LITTLETON JOYCE UGHETTA & KELLY LLP**
2460 N Courtenay Pkwy, Suite 204
Merritt Island, FL 32953

Tel: (321) 574-0280
Fax: (321) 574-4054
Kristen.dennison@littletonjoyce.com
Ericka.esposito@littletonjoyce.com
Patricia.lopane@littletonjoyce.com

Ashley K. Brathwaite, Esq.
N.C. Bar 33830
**ELLIS & WINTERS LLP**
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
Tel: (919) 573-1297
Fax: (919) 865-7010
ashley.brathwaite@elliswinters.com

Date: July 8, 2024

# CERTIFICATE OF SERVICE

I, Kristen E. Dennison, Esquire, hereby certify that I have caused a true and correct copy of the foregoing Notice of Taking Videotaped Deposition Duces Tecum of Tony Dill on behalf of Defendant, Sig Sauer, Inc., to be served on July 8, 2024, via e-mail, upon:

J. Lawson Hester, Esq.
N.C. Bar No. 57754
**CRANFILL SUMNER LLP**
5420 Wade Park Boulevard, #300
Raleigh, NC 27607
lhester@cshlaw.com
*Attorneys for Plaintiff*

David Fothergill, Esq.
Adam Acuff, Esq.
William Walter Rapp, Esq.
Kristen Rooney, Esq.
**MCANGUS, GOUDELOCK & COURIE, PLLC**
PO Box 12327
1001 Military Cutoff Road, Suite 310
Wilmington, NC 28405
david.fothergill@mgclaw.com
Adam.Acuff@mgclaw.com
*Attorneys for Defendant Wintrode Enterprises, Inc.*

    Respectfully submitted,

    /s/ Kristen E. Dennison
    Kristen E. Dennison, Esquire
    ***Attorneys for Defendant,***
    ***Sig Sauer, Inc.***

Date: July 8, 2024

## SCHEDULE "A"

1. Your entire file, excluding any items that your attorneys claim to be work product. Please bring any work product materials from your files to the deposition.

2. Any and all test data, test documents, test papers, photographs, filing, videotapes, memoranda or other writings prepared by you pursuant to your employment in this case.

3. All photographs viewed and/or taken by or for you in connection with this case.

4. Copies of all statements, written or recorded, which you have examined, reviewed, referred to or relied upon in connection with this case.

5. All published standards used, examined, relied upon or referred to by you in formulating your opinion in connection with this case.

6. All manuals which you regard as authoritative in connection with this case.

7. A list of all published articles of yours or others on which you have relied, referred to, reviewed or examined relating to any of your opinions in this cause.

8. Copies of all articles of yours or others on which you have relied, referred to, reviewed or examined relating to any of your opinions in this cause.

9. Copies of any and all publications, treatises or articles which you contend support your opinions in this cause.

10. Copies of any reports prepared by you and furnished to plaintiff or plaintiff's attorney.

11. Any drawings, graphs, charts, illustrations or plans prepared by you or which you have referred to, examined or relied upon in connection with this matter.

12. Copies of any and all notes, calculations or other data prepared by you in formulating your opinions, or which you contend supports your opinions in connection with this case.

13. Office records indicating time spent on your undertaking and hourly charges therefor in connection with this case.

14. Reports of other experts which you have read, reviewed, referred to or have been provided relating to this case.

15. Any published monographs, treatises, manuals, textbooks or other documents used as a reference, relied upon, examined or referred to by you in connection with this case.

16. Copies of any correspondence between you or your office and any other person or entity, which pertains to this case.

17. Copies of any correspondence written by you or received from others with whom you have consulted in connection with this case.

18. Any memoranda reviewed which was prepared by the attorney engaging you, an investigator, a paralegal or an adjuster in connection with this case.

19. A copy of your current Curriculum Vitae.

20. Any other document or writing of any kind or description which you have been provided, viewed, examined, referred to or relied upon in formulating your conclusion in connection with this case.

21. Notes which have been generated by you and/or your office, which pertain to this case.

22. Your complete billing file in this case, including, but not limited to, the charges you have rendered, the statements that you have rendered, the time spent on this case, and other relevant materials concerning the time and billings on this case.

23. All lists of cases in which you have testified as an expert at trial or in deposition which you compiled pursuant to Federal Rule of Civil Procedure 26, any similar state rule, or any court order.