UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |
|---|---|
| JACK ANTHONY WILLIAMS,<br>Plaintiff,<br>v.<br>SIG SAUER, INC., et al.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 4:22-CV-48<br>)<br>)<br>)<br>)<br>) |

**APPENDIX TO REPLY STATEMENT OF ADDITIONAL
<u>UNDISPUTED MATERIAL FACTS</u>**

A. Voluntary Upgrade Program Notice (SIG-WILLIAMS 002256-002262)
B. Defendant Sig Sauer, Inc.'s Answers to Plaintiff's Second Set of Interrogatories
C. Defendant Sig Sauer, Inc.'s Responses to Plaintiff's Second Set of Requests for Admission
D. U.S. Army Solicitation (SIG-ARMY 000001-000125)

This the 21st day of January, 2025.

                                                Respectfully submitted,

                                                <u>/s/ Kristen E. Dennison</u>
                                                Kristen E. Dennison Admitted pro hac vice
                                                **LITTLETON JOYCE UGHETTA & KELLY LLP**
                                                100 Matsonford Road, 4-520
                                                4 Radnor Corporate Center, Suite 520
                                                Radnor, PA 19087
                                                Tel: (646) 708-4844
                                                Fax: (484) 254-6221
                                                <u>kristen.dennison@littletonjoyce.com</u>

*-and-*

Ericka A. Esposito Admitted pro hac vice
**LITTLETON PARK JOYCE UGHETTA & KELLY LLP**
100 Matsonford Road, 4-520
4 Radnor Corporate Center, Suite 520
Radnor, PA 19087
Tel: (646) 708-4844
Fax: (484) 254-6221
ericka.esposito@littletonpark.com

*-and-*

Ashley K. Brathwaite N.C. Bar 33830
**ELLIS & WINTERS LLP**
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
Tel: (919) 573-1297
Fax: (919) 865-7010
ashley.brathwaite@elliswinters.com
*Local Civil Rule 83.1(d) Counsel*

*Counsel for Defendant Sig Sauer, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **APPENDIX TO REPLY STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

J. LAWSON HESTER
**CRANFILL SUMNER**
5420 Wade Park Boulevard, #300
Raleigh, North Carolina 27607
Email: lhester@cshlaw.com
*Attorney for Jack Anthony Williams*

DAVID M. FOTHERGILL
**MCANGUS GOUDELOCK & COURIE, PLLC**
4130 Parklake Avenue, Suite 550
Raleigh, North Carolina 27612
Mailing Address: Post Office Box 30516
Raleigh, North Carolina 27622
(919) 719-8200
david.fothergill@mgclaw.com
*Attorney for Wintrode Enterprises, Inc.*

This the 21st day of January, 2025.

/s/ *Kristen E. Dennison*
Kristen E. Dennison