UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JACK ANTHONY WILLIAMS, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SIG SAUER INC., )<br>)<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:22-CV-48-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motions to exclude plaintiffs expert witnesses [D.E. 124, 128], GRANTS defendant's motion for summary judgment [D.E. 130], and DISMISSES WITH PREJUDICE plaintiffs claims against defendant. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk SHALL close the case.

<u>This Judgment filed and entered on September 8, 2025, and copies to:</u>
Counsel of record for the parties      (via CM/ECF electronic notification)

September 8, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Amber Harrison
Deputy Clerk